| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |
| ☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

# United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Ryan Dominique Reece | CASE NO.:<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 07/24/23      Ryan Dominique Reece                    _____
                    Printed name of Debtor 1                 Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____      _____                    _____
                    Printed name of Debtor 2                 Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                        F 1002-1.EMP.INCOME.DEC

J MAZI TRUCKING, INC.
27621 SONORA CIR
TEMECULA, CA 92591

Barrett Business Services, Inc.
3401 Centrelake Drive Suite 150
Ontario, CA 91761
FEIN: 52-0812977 TELE: 909/284-7540

**Employee** E01955 RYAN D REECE                    xxx-xx-7210    913173
**Status / Allow** SS / Si
**Emp Type** Hourly    **Check #** 0022415718
**Payment Date** 06-03-2022    **Period** 05-25-2022 - 05-31-2022

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| G502 | 125.40 | 2131.80 | |
| GARNISH FEE | 1.50 | 25.50 | |
| FEDERAL TAX | 69.95 | 1474.34 | 26984.25 |
| MEDICARE | 18.84 | 391.27 | 26984.25 |
| SOC SECURITY | 80.58 | 1673.02 | 26984.25 |
| CA INCOME TAX | 60.10 | 1268.79 | 26984.25 |
| CA DISABILITY | 14.30 | 296.88 | 26984.25 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| J MAZI TRUC | REGULAR PAY | 15.0000 | 40.00 | 600.00 | 40.00 |
| J MAZI TRUC | PER DIEM EXPS | 200.0000 | 1.00 | 200.00 | 0.00 |
| J MAZI TRUC | OVERTIME | 22.5000 | 31.10 | 699.75 | 31.10 |

Total Gross Pay / Hours Worked    1,499.75    71.10

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | | | | | |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 75310 | 1129.08 |

| | Current | YTD |
|---|---|---|
| **Gross Wages** | 1,299.75 | 26,984.25 |
| **Gross Pay** | 1,499.75 | 30,984.25 |
| **Net Pay** | 1,129.08 | 23,722.65 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

*** J MAZI TRUCKING, INC. 27621 SONORA CTR TEMECULA CA 92591 Tele:909-919-9871 ***

MvQuery Version: BBSI_SS_CHECKS_REG

---

0022415718

3401 Centrelake Drive Suite 150
Ontario, CA 91761

06-03-2022

AMOUNT    ** VOID **

Non-negotiable

RYAN D REECE
409 E THORNTON AVE
P204
HEMET, CA 92543

Non-Negotiable

---

3401 Centrelake Drive Suite 150
Ontario, CA 91761

RYAN D REECE
409 E THORNTON AVE
P204
HEMET, CA 92543

REECE RYAN D

913173    J MAZI TRUCKING, INC.

J MAZI TRUCKING, INC.
27621 SONORA CIR
TEMECULA, CA 92591

Barrett Business Services, Inc.
3401 Centrelake Drive Suite 150
Ontario, CA 91761
FEIN: 52-0812977  TELE: 909/284-7540

**Employee** E01955 RYAN D REECE  xxx-xx-7210  913173
**Status / Allow** SS / Si
**Emp Type** Hourly  **Check #** 0022356819
**Payment Date** 05-27-2022  **Period** 05-18-2022 - 05-24-2022

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| G502 | 125.40 | 2006.40 | |
| GARNISH FEE | 1.50 | 24.00 | |
| FEDERAL TAX | 182.31 | 1404.39 | 25684.50 |
| MEDICARE | 26.26 | 372.43 | 25684.50 |
| SOC SECURITY | 112.25 | 1592.44 | 25684.50 |
| CA INCOME TAX | 112.35 | 1208.69 | 25684.50 |
| CA DISABILITY | 19.92 | 282.58 | 25684.50 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| J MAZI TRUC | REGULAR PAY | 15.0000 | 40.00 | 600.00 | 40.00 |
| J MAZI TRUC | PER DIEM EXPS | 275.0000 | 1.00 | 275.00 | 0.00 |
| J MAZI TRUC | OVERTIME | 22.5000 | 53.80 | 1210.50 | 53.80 |

Total Gross Pay / Hours Worked    2,085.50    93.80

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | | | | | |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 75310 | 1505.51 |

| | Current | YTD |
|---|---|---|
| **Gross Wages** | 1,810.50 | 25,684.50 |
| **Gross Pay** | 2,085.50 | 29,484.50 |
| **Net Pay** | 1,505.51 | 22,593.57 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** J MAZI TRUCKING, INC. 27621 SONORA CIR TEMECULA CA 92591 Tele:909-919-9871 **

MvQuery Version: BBSI_SS_CHECKS_REG

---

0022356819

3401 Centrelake Drive Suite 150
Ontario, CA 91761

05-27-2022

AMOUNT
** VOID **

Non-negotiable

Non-Negotiable

RYAN D REECE
409 E THORNTON AVE
P204
HEMET, CA 92543

---

3401 Centrelake Drive Suite 150
Ontario, CA 91761

RYAN D REECE
409 E THORNTON AVE
P204
HEMET, CA 92543

REECE RYAN D
913173    J MAZI TRUCKING, INC.

```
                J MAZI TRUCKING, INC.                                    Barrett Business Services, Inc.
                   27621 SONORA CIR                                       3401 Centrelake Drive Suite 150
                   TEMECULA, CA 92591                                               Ontario, CA 91761
                                                                      FEIN: 52-0812977  TELE: 909/284-7540
Employee     E01955 RYAN D REECE                  xxx-xx-7210   913173
Status / Allow SS / Si    Emp Type Hourly    Check #  0022293003        Description      Amount    Y-T-D     Taxable
Payment Date 05-20-2022   Period   05-11-2022 - 05-17-2022              G502              125.40    1881.00
                                                                        GARNISH FEE         1.50      22.50
                                                                        FEDERAL TAX        69.95    1222.08   23874.00
  Location     Description      Rate      Hours/    Amount   HRSWRK     MEDICARE           18.84     346.17   23874.00
                                           Units                        SOC SECURITY       80.59    1480.19   23874.00
 J MAZI TRUC  REGULAR PAY      15.0000     40.00    600.00    40.00     CA INCOME TAX      60.10    1096.34   23874.00
 J MAZI TRUC  PER DIEM EXPS   200.0000      1.00    200.00     0.00     CA DISABILITY      14.30     262.66   23874.00
 J MAZI TRUC  OVERTIME         22.5000     31.10    699.75    31.10
```

| | | | | | | | | | | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Gross Pay / Hours Worked | | | 1,499.75 | 71.10 | | | | | | |
| PTO | Type Start Balance Earned Taken Avail | | | | | Direct Deposit | Type Account Amount | | | | |
| | | | | | | | C  75310  1129.07 | | Gross Wages | 1,299.75 | 23,874.00 |
| | | | | | | | | | Gross Pay | 1,499.75 | 27,399.00 |
| | | | | | | | | | Net Pay | 1,129.07 | 21,088.06 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** J MAZI TRUCKING, INC. 27621 SONORA CIR TEMECULA CA 92591 Tele:909-919-9871 **

MvQuery Version: BBSI_SS_CHECKS_REG

---

0022293003

3401 Centrelake Drive Suite 150              05-20-2022
Ontario, CA 91761

                                                           AMOUNT
                                                         ** VOID **

Non-negotiable

Non-Negotiable

RYAN D REECE
409 E THORNTON AVE
P204
HEMET, CA 92543

---

3401 Centrelake Drive Suite 150
Ontario, CA 91761

             RYAN D REECE
             409 E THORNTON AVE
             P204
             HEMET, CA 92543

REECE RYAN D

913173    J MAZI TRUCKING, INC.

J MAZI TRUCKING, INC.
27621 SONORA CIR
TEMECULA, CA 92591

Barrett Business Services, Inc.
3401 Centrelake Drive Suite 150
Ontario, CA 91761
FEIN: 52-0812977  TELE: 909/284-7540

**Employee** E01955 RYAN D REECE          xxx-xx-7210    913173
**Status / Allow** SS / Si(n)
**Emp Type** Hourly    **Check #** 0022227176
**Payment Date** 05-13-2022  **Period** 05-04-2022 - 05-10-2022

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| G502 | 125.40 | 1755.60 | |
| GARNISH FEE | 1.50 | 21.00 | |
| FEDERAL TAX | 141.72 | 1152.13 | 22574.25 |
| MEDICARE | 23.58 | 327.33 | 22574.25 |
| SOC SECURITY | 100.81 | 1399.60 | 22574.25 |
| CA INCOME TAX | 93.48 | 1036.24 | 22574.25 |
| CA DISABILITY | 17.89 | 248.36 | 22574.25 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| J MAZI TRUC | REGULAR PAY | 15.0000 | 40.00 | 600.00 | 40.00 |
| J MAZI TRUC | PER DIEM EXPS | 250.0000 | 1.00 | 250.00 | 0.00 |
| J MAZI TRUC | OVERTIME | 22.5000 | 45.60 | 1026.00 | 45.60 |

Total Gross Pay / Hours Worked     1,876.00     85.60

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | | | | | |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 75310 | 1371.62 |

| | Current | YTD |
|---|---|---|
| **Gross Wages** | 1,626.00 | 22,574.25 |
| **Gross Pay** | 1,876.00 | 25,899.25 |
| **Net Pay** | 1,371.62 | 19,958.99 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

*** J MAZI TRUCKING, INC. 27621 SONORA CIR TEMECULA CA 92591 Tele:909-919-9871 ***

MvQuery Version: BBSI_SS_CHECKS_REG

---

0022227176

3401 Centrelake Drive Suite 150
Ontario, CA 91761

05-13-2022

AMOUNT
** VOID **

Non-negotiable

Non-Negotiable

RYAN D REECE
409 E THORNTON AVE
P204
HEMET, CA 92543

---

3401 Centrelake Drive Suite 150
Ontario, CA 91761

RYAN D REECE
409 E THORNTON AVE
P204
HEMET, CA 92543

REECE RYAN D
913173    J MAZI TRUCKING, INC.

```
                J MAZI TRUCKING, INC.                                    Barrett Business Services, Inc.
                27621 SONORA CIR                                         3401 Centrelake Drive Suite 150
                TEMECULA, CA 92591                                                       Ontario, CA 91761
                                                                         FEIN: 52-0812977 TELE: 909/284-7540
```

| | | | | xxx-xx-7210 | 913173 | | | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | E01955 RYAN D REECE | | | | | Description | Amount | Y-T-D | Taxable |
| **Status / Allow** | SS / Si | **Emp Type** Hourly | **Check #** 0022165528 | | | G502 | 125.40 | 1630.20 | |
| **Payment Date** 05-06-2022 | | **Period** 04-27-2022 - 05-03-2022 | | | | GARNISH FEE | 1.50 | 19.50 | |
| | | | | | | FEDERAL TAX | 91.23 | 1010.41 | 20948.25 |
| | | | | | | MEDICARE | 20.25 | 303.75 | 20948.25 |
| | | | | | | SOC SECURITY | 86.58 | 1298.79 | 20948.25 |
| | | | | | | CA INCOME TAX | 70.00 | 942.76 | 20948.25 |
| | | | | | | CA DISABILITY | 15.36 | 230.47 | 20948.25 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| J MAZI TRUC | REGULAR PAY | 15.0000 | 40.00 | 600.00 | 40.00 |
| J MAZI TRUC | PER DIEM EXPS | 225.0000 | 1.00 | 225.00 | 0.00 |
| J MAZI TRUC | OVERTIME | 22.5000 | 35.40 | 796.50 | 35.40 |

```
                     Total Gross Pay / Hours Worked    1,621.50    75.40
```

| PTO | Type | Start Balance | Earned | Taken | Avail | Direct Deposit | Type | Account | Amount | | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | C | 75310 | 1211.18 | **Gross Wages** | 1,396.50 | 20,948.25 |
| | | | | | | | | | | **Gross Pay** | 1,621.50 | 24,023.25 |
| | | | | | | | | | | **Net Pay** | 1,211.18 | 18,587.37 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

*\*\* J MAZI TRUCKING, INC. 27621 SONORA CIR TEMECULA CA 92591 Tele:909-919-9871 \*\**

MvQuery Version: BBSI_SS_CHECKS_REG

---

0022165528

3401 Centrelake Drive Suite 150
Ontario, CA 91761

05-06-2022

AMOUNT

\*\* VOID \*\*

Non-negotiable

RYAN D REECE
409 E THORNTON AVE
P204
HEMET, CA 92543

*Non-Negotiable*

---

3401 Centrelake Drive Suite 150
Ontario, CA 91761

RYAN D REECE
409 E THORNTON AVE
P204
HEMET, CA 92543

REECE RYAN D

913173    J MAZI TRUCKING, INC.

```
                J MAZI TRUCKING, INC.                                    Barrett Business Services, Inc.
                  27621 SONORA CIR                                       3401 Centrelake Drive Suite 150
                  TEMECULA, CA 92591                                              Ontario, CA 91761
                                                                        FEIN: 52-0812977 TELE: 909/284-7540
Employee     E01955 RYAN D REECE              xxx-xx-7210   913173
Status/Allow SS / Si                                               Description        Amount    Y-T-D    Taxable
Payment Date 04-29-2022  Emp Type Hourly    Check #  0022101036    G502                125.40   1504.80
             Period   04-20-2022 - 04-26-2022                      GARNISH FEE           1.50     18.00
                                                                   FEDERAL TAX          98.66    919.18  19551.75
                                                                   MEDICARE             20.74    283.50  19551.75
 Location    Description       Rate    Hours/    Amount   HRSWRK   SOC SECURITY         88.68   1212.21  19551.75
                                       Units                       CA INCOME TAX        73.45    872.76  19551.75
 J MAZI TRUC REGULAR PAY      15.0000   40.00    600.00    40.00   CA DISABILITY        15.73    215.11  19551.75
 J MAZI TRUC PER DIEM EXPS   225.0000    1.00    225.00     0.00
 J MAZI TRUC OVERTIME         22.5000   36.90    830.25    36.90


            Total Gross Pay / Hours Worked      1,655.25    76.90

                                                                                     Current         YTD
 PTO   Type  Start    Earned  Taken  Avail  Direct  Type  Account  Amount
             Balance                        Deposit  C    75310    1231.09  Gross Wages  1,430.25    19,551.75
                                                                            Gross Pay    1,655.25    22,401.75
                                                                            Net Pay      1,231.09    17,376.19

 Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.

 ** J MAZI TRUCKING, INC. 27621 SONORA CIR TEMECULA CA 92591 Tele:909-919-9871 **
                                                                        MvQuery Version: BBSI_SS_CHECKS_REG
```

```
                                                                                0022101036
3401 Centrelake Drive Suite 150                       04-29-2022
Ontario, CA 91761
                                                                                AMOUNT
                                                                              ** VOID **

         Non-negotiable

         RYAN D REECE
         409 E THORNTON AVE
         P204
         HEMET, CA 92543
```

Non-Negotiable

3401 Centrelake Drive Suite 150
Ontario, CA 91761


                    RYAN D REECE
                    409 E THORNTON AVE
                    P204
                    HEMET, CA 92543


REECE RYAN D

913173      J MAZI TRUCKING, INC.

```
                J MAZI TRUCKING, INC.                              Barrett Business Services, Inc.
                    27621 SONORA CIR                                 3401 Centrelake Drive Suite 150
                    TEMECULA, CA 92591                                             Ontario, CA 91761
                                                                   FEIN: 52-0812977  TELE: 909/284-7540
Employee     E01955 RYAN D REECE              xxx-xx-7210   913173
Status/Allow SS / Si|                                              Description      Amount    Y-T-D      Taxable
             Emp Type  Hourly         Check #  0022040397          G502              125.40   1379.40
Payment Date 04-22-2022 Period  04-13-2022 - 04-19-2022            GARNISH FEE         1.50     16.50
                                                                   FEDERAL TAX         0.00    820.52    18121.50
                                                                   MEDICARE            9.42    262.76    18121.50
 Location    Description        Rate     Hours/   Amount   HRSWRK  SOC SECURITY      40.27    1123.53    18121.50
                                         Units                     CA INCOME TAX     13.19     799.31    18121.50
 J MAZI TRUC REGULAR PAY      15.0000    40.00    600.00   40.00   CA DISABILITY      7.14     199.38    18121.50
 J MAZI TRUC PER DIEM EXPS   100.0000     1.00    100.00    0.00
 J MAZI TRUC OVERTIME         22.5000     2.20     49.50    2.20


             Total Gross Pay / Hours Worked    749.50     42.20
 PTO   Type  Start   Earned  Taken  Avail  Direct  Type  Account  Amount             Current         YTD
             Balance                       Deposit   C    75310   552.58  Gross Wages  649.50   18,121.50
                                                                          Gross Pay    749.50   20,746.50
                                                                          Net Pay      552.58   16,145.10
```

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

*** J MAZI TRUCKING, INC. 27621 SONORA CIR TEMECULA CA 92591 Tele:909-919-9871 ***

MvQuery Version: BBSI_SS_CHECKS_REG

---

0022040397

3401 Centrelake Drive Suite 150
Ontario, CA 91761

04-22-2022

AMOUNT

** VOID **

Non-negotiable

RYAN D REECE
409 E THORNTON AVE
P204
HEMET, CA 92543

~~Non-Negotiable~~

---

3401 Centrelake Drive Suite 150
Ontario, CA 91761

RYAN D REECE
409 E THORNTON AVE
P204
HEMET, CA 92543

REECE RYAN D

913173    J MAZI TRUCKING, INC.

```
                    J MAZI TRUCKING, INC.                                    Barrett Business Services, Inc.
                    27621 SONORA CIR                                         3401 Centrelake Drive Suite 150
                    TEMECULA, CA 92591                                                    Ontario, CA 91761
                                                                             FEIN: 52-0812977  TELE: 909/284-7540
Employee      E01955 RYAN D REECE                        xxx-xx-7210  913173
Status / Allow SS / Si|                                                    Description       Amount      Y-T-D      Taxable
              Emp Type  Hourly              Check #  0021970993            G502               125.40    1254.00
Payment Date 04-15-2022 Period  04-06-2022 - 04-12-2022                    GARNISH FEE          1.50      15.00
                                                                           FEDERAL TAX         34.31     820.52    17472.00
                                                                           MEDICARE            16.49     253.34    17472.00
 Location     Description         Rate       Hours/      Amount    HRSWRK  SOC SECURITY        70.54    1083.26    17472.00
                                             Units                         CA INCOME TAX       45.41     786.12    17472.00
J MAZI TRUC   REGULAR PAY        15.0000     40.00       600.00    40.00   CA DISABILITY       12.52     192.24    17472.00
J MAZI TRUC   PER DIEM EXPS     175.0000      1.00       175.00     0.00
J MAZI TRUC   OVERTIME           22.5000     23.90       537.75    23.90

              Total Gross Pay / Hours Worked           1,312.75    63.90

PTO    Type  Start    Earned  Taken  Avail  Direct  Type  Account   Amount                   Current        YTD
             Balance                        Deposit  C    75310     1006.58  Gross Wages    1,137.75    17,472.00
                                                                             Gross Pay      1,312.75    19,997.00
                                                                             Net Pay        1,006.58    15,592.52
```

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** J MAZI TRUCKING, INC. 27621 SONORA CIR TEMECULA CA 92591 Tele:909-919-9871 **

MvQuery Version: BBSI_SS_CHECKS_REG

---

0021970993

3401 Centrelake Drive Suite 150
Ontario, CA 91761

04-15-2022

AMOUNT
** VOID **

Non-negotiable

Non-Negotiable

RYAN D REECE
409 E THORNTON AVE
P204
HEMET, CA 92543

---

3401 Centrelake Drive Suite 150
Ontario, CA 91761

RYAN D REECE
409 E THORNTON AVE
P204
HEMET, CA 92543

REECE RYAN D

913173    J MAZI TRUCKING, INC.

```
                J MAZI TRUCKING, INC.                                          Barrett Business Services, Inc.
                  27621 SONORA CIR                                             3401 Centrelake Drive Suite 150
                  TEMECULA, CA 92591                                                            Ontario, CA 91761
                                                                               FEIN: 52-0812977  TELE: 909/284-7540
Employee     E01955 RYAN D REECE                   xxx-xx-7210      913173
Status/Allow SS / Si                                                       Description      Amount    Y-T-D     Taxable
             Emp Type  Hourly         Check #   0021914724                 G502              125.40   1128.60
Payment Date 04-08-2022                                                    GARNISH FEE         1.50     13.50
             Period    03-30-2022  -  04-05-2022                           FEDERAL TAX        68.96    786.21    16334.25
                                                                           MEDICARE           18.78    236.85    16334.25
                                                                           SOC SECURITY       80.30   1012.72    16334.25
 Location    Description       Rate      Hours/      Amount    HRSWRK      CA INCOME TAX      59.64    740.71    16334.25
                                         Units                             CA DISABILITY      14.25    179.72    16334.25

J MAZI TRUC  REGULAR PAY     15.0000     40.00       600.00    40.00
J MAZI TRUC  PER DIEM EXPS  200.0000      1.00       200.00     0.00
J MAZI TRUC  OVERTIME        22.5000     30.90       695.25    30.90


              Total Gross Pay / Hours Worked       1,495.25    70.90

 PTO   Type  Start   Earned  Taken  Avail   Direct  Type   Account  Amount                  Current          YTD
             Balance                        Deposit  C     75310    1126.42   Gross Wages   1,295.25    16,334.25
                                                                              Gross Pay     1,495.25    18,684.25
                                                                              Net Pay       1,126.42    14,585.94
```

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

** J MAZI TRUCKING, INC. 27621 SONORA CIR TEMECULA CA 92591 Tele:909-919-9871 **

MvQuery Version: BBSI_SS_CHECKS_REG

---

```
                                                                                             0021914724
3401 Centrelake Drive Suite 150           04-08-2022
Ontario, CA 91761
                                                                                             AMOUNT
                                                                                         ** VOID **

                            Non-negotiable


                     RYAN D REECE
                     409 E THORNTON AVE
                     P204
                     HEMET, CA 92543
```

*Non-Negotiable* (watermark)

---

```
3401 Centrelake Drive Suite 150
Ontario, CA 91761




                     RYAN D REECE
                     409 E THORNTON AVE
                     P204
                     HEMET, CA 92543




REECE RYAN D
913173      J MAZI TRUCKING, INC.
```

```
                J MAZI TRUCKING, INC.                                    Barrett Business Services, Inc.
                   27621 SONORA CIR                                      3401 Centrelake Drive Suite 150
                   TEMECULA, CA 92591                                                  Ontario, CA 91761
                                                                    FEIN: 52-0812977  TELE: 909/284-7540
```

**Employee** E01955 RYAN D REECE                           xxx-xx-7210   913173

**Status / Allow** SS / Si   **Emp Type** Hourly   **Check #** 0021847880

**Payment Date** 04-01-2022   **Period** 03-23-2022 - 03-29-2022

| Description | Amount | Y-T-D | Taxable |
|---|---|---|---|
| G502 | 125.40 | 1003.20 | |
| GARNISH FEE | 1.50 | 12.00 | |
| FEDERAL TAX | 34.31 | 717.25 | 15039.00 |
| MEDICARE | 16.50 | 218.07 | 15039.00 |
| SOC SECURITY | 70.54 | 932.42 | 15039.00 |
| CA INCOME TAX | 45.41 | 681.07 | 15039.00 |
| CA DISABILITY | 12.52 | 165.47 | 15039.00 |

| Location | Description | Rate | Hours/Units | Amount | HRSWRK |
|---|---|---|---|---|---|
| J MAZI TRUC | REGULAR PAY | 15.0000 | 40.00 | 600.00 | 40.00 |
| J MAZI TRUC | PER DIEM EXPS | 175.0000 | 1.00 | 175.00 | 0.00 |
| J MAZI TRUC | OVERTIME | 22.5000 | 23.90 | 537.75 | 23.90 |

Total Gross Pay / Hours Worked   1,312.75   63.90

| PTO | Type | Start Balance | Earned | Taken | Avail |
|---|---|---|---|---|---|
| | | | | | |

| Direct Deposit | Type | Account | Amount |
|---|---|---|---|
| | C | 75310 | 1006.57 |

| | Current | YTD |
|---|---|---|
| **Gross Wages** | 1,137.75 | 15,039.00 |
| **Gross Pay** | 1,312.75 | 17,189.00 |
| **Net Pay** | 1,006.57 | 13,459.52 |

*Review this pay stub to ensure its accuracy. Notify your employer of any errors, or changes to name, address, or tax withholding options.*

*** J MAZI TRUCKING, INC. 27621 SONORA CIR TEMECULA CA 92591 Tele:909-919-9871 ***

MvQuery Version: BBSI_SS_CHECKS_REG

---

0021847880

3401 Centrelake Drive Suite 150
Ontario, CA 91761

04-01-2022

AMOUNT

** VOID **

Non-negotiable

Non-Negotiable

RYAN D REECE
409 E THORNTON AVE
P204
HEMET, CA 92543

---

3401 Centrelake Drive Suite 150
Ontario, CA 91761

RYAN D REECE
409 E THORNTON AVE
P204
HEMET, CA 92543

REECE RYAN D

913173   J MAZI TRUCKING, INC.