United States Bankruptcy Court

Central District of California

In re:                                                                                              Case No. 23-13277-MH

Ryan Dominique Reece                                                                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                     User: admin                                       Page 1 of 1
Date Rcvd: Aug 24, 2023          Form ID: pdf042                              Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Ryan Dominique Reece, 409 E Thornton Ave, Hemet, CA 92543-7636 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2023                           Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2023 at the address(es) listed below:**

**Name**                                **Email Address**

Amit Kumar Sharma
    on behalf of Creditor Exeter Finance LLC  c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com

Benjamin Heston
    on behalf of Debtor Ryan Dominique Reece bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Larry D Simons (TR)
    larry@lsimonslaw.com  c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com

Sheryl K Ith
    on behalf of Creditor Exeter Finance LLC sith@cookseylaw.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 5

**FILED & ENTERED**

**AUG 24 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig       **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

In re:

RYAN DOMINIQUE REECE

　　　　　　　　　Debtor.

Case No: 6:23-bk-13277-MH

Chapter: 7

**ORDER CONTINUING HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Continued Hearing Information:

Date: September 26, 2023
Time: 11:00 a.m.
Courtroom: 301
Place: 3420 Twelfth St.
Riverside, CA 92501

Because September 12, 2023, is no longer an available hearing date, on the Court's own motion, the hearing on the motion for relief from the automatic stay, filed by Exeter Finance LLC on August 15, 2023, as docket number 14, is hereby continued for two weeks to September 26, 2023. Notwithstanding 11 U.S.C. § 362(e), the automatic stay remains in effect until the conclusion of the continued hearing.

IT IS SO ORDERED.

###

Date: August 24, 2023

Mark Houle
United States Bankruptcy Judge