United States Bankruptcy Court

Central District of California

In re:                                                                                          Case No. 23-13277-MH

Ryan Dominique Reece                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                           User: admin                           Page 1 of 1
Date Rcvd: Sep 27, 2023                  Form ID: pdf042                    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Ryan Dominique Reece, 409 E Thornton Ave, Hemet, CA 92543-7636 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2023                        Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Exeter Finance LLC c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Ryan Dominique Reece bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Larry D Simons (TR) | larry@lsimonslaw.com c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com |
| Sheryl K Ith | on behalf of Creditor Exeter Finance LLC sith@cookseylaw.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 5

| OfficeAttorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SHERYL K. ITH (State Bar No. 225071)<br>sith@cookseylaw.com<br>COOKSEY, TOOLEN, GAGE, DUFFY & WOOG<br>535 Anton Boulevard, 10th Floor<br>Costa Mesa, CA 92626<br>(714) 431-1100<br>(714) 431-1119 fax<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | **FILED & ENTERED**<br><br>**SEP 27 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** craig    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

| In re:<br><br>Ryan Dominique Reece,<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:23-bk-13277-MH<br>CHAPTER: 7<br><br>**ORDER DENYING MOTION FOR**<br>**RELIEF FROM THE AUTOMATIC STAY**<br>**UNDER 11 U.S.C. § 362**<br><br>DATE:  09/26/2023<br>TIME:  11:00 am<br>COURTROOM:  301<br>PLACE:  3420 Twelfth Street, Riverside, CA 92501 |

**Movant:** Exeter Finance LLC

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description:*

   **2016 HONDA CIVIC, VIN: 2HGFC2F54GH557811**

3. The Motion is denied:    ☒ without prejudice    ☐ with prejudice    ☒ on the following grounds:

   a. ☒ Based upon the findings of fact and conclusions of law made on the record at the hearing

   b. ☐ Unexcused non-appearance by Movant

   c. ☐ Lack of proper service

   d. ☐ Lack of good cause shown for relief from stay

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                        Page 1                                        F 4001-1.RFS.DENY.ORDER

e. ☐ No stay is in effect under:

(1) ☐ 11 U.S.C. § 362(c)(2)(A)

(2) ☐ 11 U.S.C. § 362(c)(2)(B)

(3) ☐ 11 U.S.C. § 362(c)(3)(A)

(4) ☐ 11 U.S.C. § 362(c)(4)(A)

f. ☒ Other *(specify)*:

Debtor's Statement of Intention does not list the subject collateral. Because Debtor was required to select to either abandon or redeem the property, or to enter a reaffirmation agreement, and the thirty-day deadline for filing or amending the statement of intention passed, pursuant to 11 U.S.C. § 521 (a)(2)(A), the automatic stay has terminated as a matter of law. Therefore, the automatic stay having terminated as a matter of law, the Court denies the motion as moot.

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

Date: September 27, 2023

Mark Houle
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*　　　　Page 2　　　　F 4001-1.RFS.DENY.ORDER